IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0003-CG-N |
| | ) |
| FP MANAGEMENT, LLC, JOHN F. | ) |
| CAMPBELL, MOBILE MIDTOWN | ) |
| PROPERTY MANAGEMENT, LLC, | ) |
| WB PROPERTY MANAGEMENT, | ) |
| LLC, and MOBILE PROVIDENCE | ) |
| PROPERTY MANAGEMENT, LLC, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the court's order granting plaintiff's motion for summary judgment as to Counts One and Two of the plaintiff complaint entered on December 13, 2011 (Doc. 39), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor plaintiff, Vision Bank, against defendants, FP Management, LLC, John F. Campbell, Mobile Midtown Property Management, LLC, WB Property Management, LLC, and Mobile Providence Property Management, LLC, in the total amount of $26,282.79, consisting of $12,179.26 in principal, $336.53 in accrued and unpaid interest, and $100.00 in late charges, and attorneys' fees and costs in the total amount of $13,667.00.

Post-judgment interest is imposed pursuant to Title 28 USC § 1961, and shall accrue at .12 percent (0.12%) from the date this judgment is entered on the docket until this judgment is paid.

It is further, **ORDERED, ADJUDGED** and **DECREED** that Count Three of the plaintiff's complaint against the aforementioned defendants is **DISMISSED WITHOUT PREJUDICE** pursuant to the Court's order issued on December 23, 2011 (Doc. 42).

**DONE and ORDERED** this 31st day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE